IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
SEP 0 9 2005
J. T. NOBLIN, CLERK
BY_____DEPUTY

UNITED STATES OF AMERICA

v.                                   No. 4:05cr24

THOMAS CASEY BREFELD

### ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

THIS DAY this cause came on to be heard upon the Proposed Findings of Fact and Recommendation of the United States Magistrate Judge after administration of the guilty plead allocution pursuant to FED.R.CRIM.P. 11, and the Court having determined that there are no objections, finds that said Proposed Findings of Fact and Recommendation should be approved and adopted.

**IT IS THEREFORE ORDERED AND ADJUDGED,** that the Proposed Findings of Fact and Recommendation on Felony Guilty Plea Before The United States Magistrate Judge filed August 5, 2005 should be, and are hereby **APPROVED AND ADOPTED.**

**IT IS FURTHER ORDERED AND ADJUDGED,** that the plea agreement in this case should be, and is hereby **ACCEPTED.**

**IT IS FURTHER ORDERED AND ADJUDGED,** that the Defendant, THOMAS CASEY BREFELD is fully competent and capable of entering an informed plea, and that his plea of guilty to Count(s) One of the Indictment/Information filed herein, charging a violation of 18 U.S.C. § 1957, is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense and he is therefore adjudged guilty of

that offense.

**SO ORDERED AND ADJUDGED,** this the _9th_ day of _September_, 2005.

_____
UNITED STATES DISTRICT JUDGE